**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| BRIAN ARNOLD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>LME, INC., et al., )<br>)<br>Defendants. ) | Case No. 19-CV-00555-FJG |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

the Court finds that this case should be transferred to the United States District Court for the District of Minnesota. The Court hereby GRANTS IN PART and DENIES IN PART Roger and Shari Wilsey's Motion to Dismiss or Alternatively to Transfer Venue (Doc. # 7). The Court PROVISIONALLY DENIES the Motion to Dismiss and GRANTS the Motion to Transfer Venue.


September 22, 2020  Paige Wymore-Wynn
Date  Clerk of Court

 /s/ Tracy L. Diefenbach
 (by) Deputy Clerk